MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JUSTIN K. LANZ             CASE NO. 3:00-cr-00137-02-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            MJ HADEN - APPOINTED

U.S.P.O.:                        MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION AND SUPPLEMENTAL PETITION TO REVOKE SUPERVISED RELEASE (DKTS 86 AND 89) HELD JUNE 20, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:18 p.m. court convened.

 X Copy of Petition and Supplemental Petition to Revoke
   Supervised Release given to defendant: waived reading.

 X Defendant sworn.

 X Defendant stated true name: Justin Kyle Lanz

 X Defendant advised of general rights.

 X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1-3 of the Petition to Revoke
   Supervised Release and 3-5 of the Supplemental Petition to
   Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED**.

 X Evidentiary hearing set for **July 3, 2007 at 9:30 a.m.**

 X Detention uncontested; defendant detained.

 X Order of Detention Pending Trial **FILED**.

At 2:29 p.m. court adjourned.

DATE:     June 20, 2007          DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07