```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JUSTIN K. LANZ          CASE NO. 3:00-CR-00137-02-JKS
Defendant:  X Present  X In Custody ___On Bond

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          CHAD WILTS

UNITED STATES' ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            MJ HADEN

U.S.P.O.:                       Eric Odegard

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION AND SUPPLEMENTAL
             PETITION TO REVOKE SUPERVISED RELEASE (DKTS 86, 89
             and 99) HELD 07/03/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

Copy of Petition, Supplemental Petition and Amended Supplemental Petition to Revoke Supervised Release given to defendant.

Defendant sworn. Defendant advised of general rights, allegations and penalties.

Defendant **ADMITTED** allegations 1 and 2 of the Petition to Revoke Supervised Release and allegation 3 of the Amended Supplemental Petition to Revoke Supervised Release; Government to dismiss allegations 4 and 5 at sentencing.

Matter to be referred to U.S. District Judge for Final Disposition Hearing.

Bail remains as previously set.

At 9:44 a.m. court adjourned.


DATE:         JULY 03, 2007      DEPUTY CLERK'S INITIALS:   clw

Revised 6-18-07