M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:00-cr-00137-JKS-JDR |
| vs. | |
| JUSTIN K. LANZ, | **NOTICE OF FILING** <br> **LETTER FROM DEFENDANT** |
| Defendant. | |

Defendant, Justin K. Lanz, by and through counsel M. J. Haden, Assistant Federal Defender, hereby files a letter from defendant to the court, for the court's consideration at defendant's disposition hearing, scheduled for July 23, 2007.

///

///

///

///

///

///

DATED this 20th day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 20, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ M. J. Haden