July 19, 2007
Judge Singleton
Federal Court
Anchorage, AK

Dear Judge Singleton:

    I am writing to you to express my heart felt apology for re-offending and violating my probation. I have been incarcerated for most of the last ten years of my life, since I was 18 years old. I am very weary of doing the same things over and over again. My poor judgment and substance abuse problems continually land me back in trouble resulting in more jail time. I truly desire a life outside of prison.

    I know I must take full responsibility for my actions. I do want to change my behaviors and my outcomes. I am the only one to blame for my current situation. I do ask that you consider to run my time concurrent so I might be able to re-enter society sooner and establish a new life. I know that I have learned by my mistakes and incarcerations that I can not veer off the path of the straight and narrow even a little bit without grave consequences. I am willing to make any necessary adjustments in my life to accomplish having an honest and legal life.

    I do ask that you consider giving me minimum sentence and that you might consider half-way house or treatment or both for my punishment. I do feel that more probation is not an effective guidance tool for me. Although I do need to learn how to live in society being on probation creates a great deal of pressure for me. The added stress of readjusting to living in the free world as well as probation demand is one of the reasons I failed last time. My fears of going back to jail lead me to make poor decisions creating my current problems

    I know that I am teachable. I have researched long term treatment facilities such as Akeela House, S.A.R.P. and Nugens Ranch and I am willing to enter one of them if so directed to learn how to live responsibly. I am engaged, I have job opportunities lined up and I feel I can become an asset to society Please give me another chance to prove this to all concerned.

                                                            Sincerely,

                                                           Justin Lanz