M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN K. LANZ,<br><br>    Defendant. | Case No. 3:00-cr-00137-JKS-JDR<br><br>**NOTICE OF FILING LETTERS IN SUPPORT OF DEFENDANT** |

   Defendant, Justin K. Lanz, by and through counsel M. J. Haden, Assistant Federal Defender, hereby files letters from Jamie Millard, Stephanie Lanz, and D.D. Schmitz for the court's consideration at defendant's disposition hearing, scheduled for July 23, 2007.

///

///

///

///

DATED this 20th day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 20, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ M. J. Haden