Judge Singleton
United States Federal Court
Anchorage, Alaska 99503


Jamie Millard
2900 W. 84th Ave
Anchorage, Alaska 99502


To the Honorable Judge Singleton:


Dear Sir,

   I am writing in regards to the sentencing of my fiancés for probation violation. Justin Lanz is a big part of my life. His incarceration is a big factor to preventing stability of our lives.

   I have known Justin for four years, although he has made a lot of mistakes he is a very good man. Since he has been locked up for the past year it's been very hard on me and his family and my life has been very unmanageable without him. When he is sentenced by you he will already have done fifteen months of incarceration. I think with strong treatment he will be able to enter himself back into society.

   I'm asking for you to please show some leniency upon sentencing my fiancé. I believe if he has the opportunity to prove himself he will not let you or his family down. Please consider the good for him and his family.


                                                                  Sincerely
                                                                  Jamie Millard