Judge James Singleton
United States Federal Court
Anchorage, Alaska 99503

Stephanie Lanz
5600 Lake Otis parkway
Apt. # E 98
Anchorage, AK. 99507

To the Honorable Judge Singleton:

Dear Sir;

I am writing to you in regards to my son Justin Lanz who will be in front of you for sentencing on probation violations the 23 of July 2007. I am writing to request that you may find a way to give Justin a chance to turn his life around. He has spent the most part of the last ten years incarcerated. I believe that he has become rather institutionalized since most of his adult life has been behind bars. This factor along with bad judgment, learning disabilities, emotional developmental problems such as A.D.H.D. and A.D.D., as well as substance abuse issues has kept this young man making the same mistakes over and over again .The present charges that he is facing are do to once again making rash decisions and then choosing addiction over common sense. This has created a new state case that he is currently serving time on. He has served approximately 16 months and is not going to be released until January 2008.

I of course am prejudiced and want the best for my son, but I don't believe that more punishment is going to lead to rehabilitation. What I do believe is that Justin deserves a chance to re-assimilate into society. I know that he means well and wants a family and life outside of prison. He is currently engaged, has lined up work opportunities and is looking toward enrolling at UAA if he's given the chance to prove he can do things differently. I would hope that he not be given another long sentence and that you might consider half way house and treatment so he can learn the life skills required for living in society. Incarceration seems to instill survival skills and dysfunctional behaviors in

inmates who have not been given the chance to rehabilitate and learn how to live in the real world like my son. Please give him a chance for a normal life.

He has a great deal of support with in his family, much more now than he had before and I think he will prove himself to be an asset to society if given the opportunity. I would like to thank-you for taking the time to read this letter.

Sincerely,

Stephanie Lanz