Genuine- Junk Car Sales  
7101 Weimer Rd.  
Anchorage Alaska  
99502

July, 18 2007

U.S. District Court  
222 W. 7th Avenue, #4  
Anchorage, AK 99513

Dear Judge Singleton,

I am writing this letter on behalf of Justin Lanz, who has recently contacted me regarding post-release employment, with Genuine-Junk Car Sales. Owner Rich Schmitz, and I admire the efforts Justin is making to smoothly, re-enter society.

The timing for Justin to be released is perfect for us because two long time employees are leaving in December and January 2008 and there is an abundance of work for him to do.

Yours Truly,

*D Schmidt* (signature)

D.D. Schmitz

D.D. Schmitz **Phone Number** 907 441 4300  
(Richard or DD)