```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. JUSTIN K. LANZ             CASE NO. 3:00-cr-00137-02-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            MJ HADEN

U.S.P.O.:                        MICHAEL PENTANGELO

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION AND AMENDED
             SUPPLEMENTAL PETITION TO REVOKE SUPERVISED RELEASE
             (DKTS 86 AND 99) HELD JULY 23, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:40 p.m. court convened.

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of 21 months, term to run
      consecutively with State of Alaska case 3AN-S06-3475-CR.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court recommended that the defendant serve his time at
the Facility located in Atwater, California. Appeal rights given.
Court and counsel heard re plaintiff's oral motion to dismiss
allegations 4 and 5 of the Amended Supplemental Petition to
Revoke Supervised Release; **GRANTED**.

At 2:10 p.m. court adjourned.




DATE:       July 23, 2007        DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07