

RECEIVED
JUL 2 5 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JUSTIN K. LANZ. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 01/23/01)<br>Case Number: 3:00-cr-00137-02-JKS<br>MJ Haden<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 04/11/2006 and an Amended Supplemental Petition on 07/03/2007 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1 and 2 of the Petition to Revoke Supervised Release and allegation 3 of the Amended Supplemental Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Failure to file report | 03/20/2006 | C |
| 2 | Standard | Failure to report address | N/A | C |
| 3 | Mandatory | Commit crime | 04/07/2006 | B |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 23, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

07/24/2007
Date

AO245.REV

Defendant: JUSTIN K. LANZ                    Amended Judgment--Page 2 of 2
Case No.:   3:00-cr-00137-02-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>21 months, this term to run consecutively with State of Alaska case 3AN-S06-3475-CR</u>.

[X]   The court makes the following recommendations to the Bureau of Prisons:

Court recommends that the defendant serve his time at the Facility located in Atwater, California.

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
                            a.m.
    [_]   at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]   before 2 p.m. on _____.
    [_]   as notified by the United States Marshal.
    [_]   as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
    Deputy Marshal

AO245.REV