# United States District Court
## for the
## DISTRICT OF ALASKA

**RECEIVED**
JUL 2 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: A00CR0137 |
| vs. | **WARRANT FOR ARREST** |
| Justin K. Lanz | |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Justin K. Lanz and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**Signature Redacted**      Chief Judge

James K. Singleton
Senior U.S. District Court Judge

7-06-06
Date

| RETURN OF SERVICE |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: <br> DETAINER TO ACC (E) ANCH., AK |||
| Date Received: 4/12 <br> Date of Arrest: 6/20/07 | Name and title of arresting officer: <br> K. GUNN | Signature of arresting officer: |

**EXECUTED ON WRIT**